MINUTE ENTRY
BROWN, J.
MARCH 10, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-11 |
| TERRANCE HOWARD | SECTION: G |

COMPETENCY HEARING

Court Reporter: Alexis Vice
Case Manager: Morgan Palmer

PRESENT: Chandra Menon, Counsel for the government
Rachel Conner, Counsel for the defendant
Terrance Howard, Defendant

Case called 10:15 a.m.

Defendant present and sworn.

The Court heard statements from defense counsel.

The parties stipulate as to the defendant's incompetency.

The Court finds that the defendant is not competent to stand trial.

ORDERED that the Defendant is committed to the custody of Attorney General of the United States. With the consent of the parties, commitment is deferred for thirty (30) days or until **April 19, 2026.**

A separate order is forthcoming.

Court adjourned at 10:24 a.m.

JS-10: 00:09