**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **VERSUS** | **CASE NO. 21-11** |
| **TERRANCE HOWARD** | **SECTION: "G"** |

**ORDER**

Based on the undisputed evidence submitted by the parties at the March 10, 2026 competency hearing, the Court finds by a preponderance of the evidence that Defendant Terrance Howard ("Howard") is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and he is unable to assist properly in his defense. Therefore, Howard is not presently competent to stand trial. Accordingly, pursuant to 18 U.S.C. § 4241(d),

**IT IS HEREBY ORDERED** that Defendant Terrance Howard is committed to the custody of the Attorney General of the United States. The Attorney General shall hospitalize Howard for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and for an additional reasonable period of time until his mental condition is so improved that trial may proceed, if the Court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward, or the pending charges against him are disposed of according to law; whichever is earlier.

**IT IS FURTHER ORDERED** that with agreement of the parties, this commitment order is deferred for 30 days, or until April 9, 2026. Howard will remain on bond at this time. The conditions

of Howard's current bond will remain the same and in effect.

**IT IS FURTHER ORDERED** that the Attorney General provide the Court and counsel of record with monthly reports on the mental competency of Howard.

**IT IS FURTHER ORDERED** that the trial date is continued from March 30, 2026 to July 20, 2026. The pretrial conference is continued from March 11, 1016 to June 30, 2026 at 4:00 PM. The period of delay is a result of the Court's finding that Howard is not mentally competent to stand trial and this commitment order of Howard. Therefore, this period of delay is excludable under Title 18, United States Code, Section 3161(h)(4).

**NEW ORLEANS, LOUISIANA,** this 10th day of March, 2026.

Nannette Jolivette Brown

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**