UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-11 |
| VERSUS | SECTION "G" |
| TERRANCE HOWARD | VIOLATION:<br>18 U.S.C. § 371<br>18 U.S.C. § 641 |

NOTICE OF TRIAL
(continued from 3/30/2026)

Take notice that this criminal proceeding is set for **July 20, 2026 at 9:00 a.m.** before Judge Nannette Jolivette Brown, Courtroom C227, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: March 19, 2026

CAROL L. MICHEL, CLERK
by: Morgan Palmer, Deputy Clerk

* * * * * * * * * * * * *

TO:

✓ Terrance Howard

✓ Rachel Conner, Counsel

✓ AUSA: Chandra Menon

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

✓ MAGISTRATE JUDGE

FOREIGN LANGUAGE INTERPRETER: **NONE**

**If you change address, notify clerk of court by phone, (504) 589-7680**