**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-11** |
| **v.** | * | **SECTION: "G"** |
| **TERRANCE HOWARD** | * | |

* * *

**O R D E R**

Considering the government's Motion and Incorporated Memorandum to Dismiss Counts of the Indictment and to Vacate Commitment Order;

**IT IS ORDERED** that the motion is **GRANTED.** Count One of the Indictment as to Terrance Howard only and Count Seven of the Indictment are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that this Court's March 10, 2026, order that Defendant Terrance Howard be committed to the custody of the Attorney General of the United States is hereby vacated.

**NEW ORLEANS, LOUISIANA,** this 1st day of April, 2026.

Nannette Jolivette Brown

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**